In the Matter of the Application of George Xanthaky, Respondent, for an Examination of the Ballots Cast in the Democratic Primary Election in the Seventh and Third Election Districts of the City of Long Beach, New York, Held on Thursday, September 16, 1937. Edwin J. O'Toole, Appellant.— Order directing a recanvass of certain ballots, and order declaring petitioner to be one of the nominees for the office of councilman, affirmed on argument, without costs. Hagarty, Davis, Johnston, Taylor and Close, JJ., concur.

William G. Kline, Leslie McLeod and Kate Smiley, Respondents, v. Owen A. Mandeville, as Receiver for S. M. H. Corporation and Hommocks Holding Corporation, Appellant.— Order denying change of place of trial from Kings county to Westchester county for the convenience of witnesses affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

Helen Parnes, Respondent, v. Irving Parnes, Also Known as Izzy Parnes, Appellant.— Order denying defendant's motion to modify judgment of separation to the extent of relieving him from payment of alimony affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

Louise Budd Sommer, Respondent, v. Frederick A. Sommer, Appellant.— Order awarding counsel fee and alimony *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

Manufacturers Trust Company, as Substituted Committee of the Estate of Martha Gomer Gray, an Incompetent Person, Appellant, v. Robert L. Gray, Respondent.— Motion to resettle order granted to the extent of allowing interest from the date of this court's decision on the appeal. [See 251 App. Div. 482.] Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.